UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 6:25-po-00212-HBK-1 |
|---|---|
| v. | ORDER GRANTING DEFENDANT'S REQUESTS FOR CONTINUANCE AND FOR REMOTE APPEARANCE |
| ILKE L. MAMPAEY, | |
| | (Doc. No. 5) |

On May 1, 2025, Defendant submitted, via email, a request for a continuance and to appear remotely (via Zoom) for her initial appearance scheduled for May 14, 2025 at 1:00 p.m. (Doc. No. 5). In support, Defendant explains that she lives overseas in Belgium and only recently received the notice. (*Id*.). Defendant was issued a mandatory appearance for an alleged violation of 36 C.F.R. § 2.34(a), engaging in fighting, threatening or violent behavior. (Doc. No. 1).

Under Rule 43, with the defendant's written consent and the court's permission, a defendant may appear by video teleconference for a misdemeanor offense at the arraignment, plea, trial, and sentencing. Fed. R. Crim. P. 43(b)(2). The court has discretion to permit a party to appear by video teleconference. *United States v. Hiramanek*, 2017 WL 1349580, *2 (E.D. Cal. Apr. 6, 2017) (citing *United States v. Lange*, 963 F.2d 380, 380 (9th Cir. 1992) (unpublished)).

Given the excessive distance and cost to appear, and because an initial appearance is not a hearing where the undersigned would need to assess the relative credibility of witness testimony, *Hiramanek*, 2017 WL 1349580 at *5, the Court will grant Defendant's motion and permit her to

appear remotely for her initial appearance.  The Court will also grant Defendant's request to continue the initial appearance to June 17, 2025 at 10:00 A.M. (PST).

The Court further advises Defendant of the following protocols:

- To participate via Zoom, you will need a device with a microphone and camera, with internet access on the same device.
- Adequate lighting and sound are required.
- You are encouraged to test Zoom before the hearing.
- The Court will not provide technical support for Zoom participants or attendees.
- During the hearing, both your video and sound should be turned on (until you are told to mute yourself) and you should display your name on the video.
- Each participant will speak only when called upon.
- Appropriate attire is mandatory for any appearance in Court.
- **Use of a virtual background is prohibited**.
- You should be in quiet location indoors.

Accordingly, it is **ORDERED**:

1. Defendant's requests for a continuance and to appear remotely for her initial appearance (Doc. No. 5) are GRANTED.
2. Defendant may appear for her continued initial appearance on June 17, 2025 at 1:00 P.M. (PST) via the Court's Zoom application.
3. The Clerk of Court shall provide a copy of this Order to Defendant's address of record by mail and by email.

Dated:     May 6, 2025

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2